**No. 10-192. Michelle Ross, Petitioner v. Pfizer, Inc.**

562 U.S. 1003, 131 S. Ct. 508, 178 L. Ed. 2d 371, 2010 U.S. LEXIS 8512.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 375 Fed. Appx. 450.